Case 3:14-cv-01440   Document 16-6   Filed 01/20/15   Page 1 of 37 PageID #: 716









← VARIOUS ROOMS & DEAD SPACES IN THIS AREA ↗

∠ Projectile
A-1=621"
B-1=48"·6"

B

FILED
JUL - 5 2000
Clerk of the Courts

NORTH
N
CALLED

A

EXIT / ENT

BAR

96'

OFFSETS OF INTERIOR
NOT INCLUDED IN
DRAWING.

RAISED DANCE PLATFORM

RAISED DANCE PLATFORM

NOT TO SCALE.
ALL MEASUREMENTS
APPROXIMATE

2509 CLARKSVILLE PIKE

POOL
TABLE

78'

B A a

97-463792
10-52/64
18 OCT 1997@0155

VICTIM: DEMETRIUS WRIGHT
Drawn by G.R. Boston 634 R



Case 3:14-cv-01446   Document 16-6   Filed 01/20/15   Page 6 of 37 PageID #: 721





METROPOLITAN POLICE DEPARTMENT
PHOTOGRAPH IDENTIFICATION FORM

DATE: 10/19/97
TIME: 0200
LOCATION: 2104 Sunset Circle
COMPLAINT NUMBER: 97-463792

OFFICER ASSIGNED: M. SLOAN
LOCATION OF OFFENSE: Club Yesterday's -2509 Clarksville Pike
NAME/LAST,FIRST,MI: Bell, Nathaniel Lee
ADDRESS: 2104 Sunset Circle
PHONE NUMBER:BUS: — RES: 228-1670

| PICTURE NO. | NAME | PHOTO I.D. NUMBER | PHOTO DATE |
|---|---|---|---|
| 1 | LEGGS, JOHN THOMAS III | 160830 | 9/10/97 |
| 2 | DOUGLAS, TIMOTHY LAMONT | 196596 | 10/1/97 |
| 3 | WALLER, MARQUISE EUMAINE | 139686 | 9/11/97 |
| 4 | GARDNER, CHARLIE MARCIO | 157257 | 11/20/96 |
| 5 | DODSON, LORENZO DIONEL | 125733 | 8/16/97 |
| 6 | LEWIS, FINIS DEANDRE | 177863 | 9/8/97 |

FILL OUT ABOVE BEFORE SHOWING PHOTOGRAPHS

FROM VIEWING PHOTOGRAPHS, _____ MADE AN
IDENTIFICATION OF THE FOLLOWING PERSON:
PICTURE
NO.                                                    NAME

COMMENTS ACCOMPANYING IDENTIFICATION: _____
Was not able to positively I.D. "Cheesy" from
the pictures. Could not decide between 2,3,4.

Nathaniel Z Bell                          Cd E Hilott
SIGNATURE OF PERSON MAKING          SIGNATURE OF OFFICER WITNESSING
IDENTIFICATION                     IDENTIFICATION
                    No positive identification made.
:NO IDENTIFICATION MADE
Urielle Colli boan
SIGNATURE OF OFFICER SHOWING PHOTOS

Case 3:14-cv-01440   Document 16-6   Filed 01/20/15   Page 10 of 37 PageID #: 725



METROPOLITAN POLICE DEPARTMENT
PHOTOGRAPH IDENTIFICATION FORM

DATE: 10/27/97
TIME: 2215
LOCATION: 2104 Sunset
COMPLAINT NUMBER: 97-463792

OFFICER ASSIGNED: M. SLOAN
LOCATION OF OFFENSE: Club Yesterday
NAME/LAST, FIRST, MI: STEWART, TANISHA SHANA
ADDRESS: 1108 Zermatt          Nashville 37211
PHONE NUMBER: BUS:                RES: 832-0745

| PICTURE NO. | NAME | I.D. NUMBER | PHOTO DATE |
|---|---|---|---|
| 1 | LEGGS, JOHN THOMAS III | 60830 | 9/10/97 |
| 2 | DOUGLAS, TIMOTHY LAMONT | 196596 | 10/1/97 |
| 3 | WALLER, MARQUISE EUMAINE | 139686 | 9/11/97 |
| 4 | GARDNER, CHARLIE MARCIO | 157257 | 11/20/96 |
| 5 | DODSON, LORENZO DIONEL | 125733 | 8/16/97 |
| 6 | LEWIS, FINIS DEANDRE | 177863 | 9/8/97 |

FILL OUT ABOVE BEFORE SHOWING PHOTOGRAPHS

FROM VIEWING PHOTOGRAPHS, _TANISHA S. STEWART_ MADE AN
IDENTIFICATION OF THE FOLLOWING PERSON:

PICTURE
NO. 4

NAME
Charlie Gardner

COMMENTS ACCOMPANYING IDENTIFICATION: _Witness picked out picture #4._

_____
SIGNATURE OF PERSON MAKING
IDENTIFICATION

_____
SIGNATURE OF OFFICER WITNESSING
IDENTIFICATION
E J Berman

4 : NO IDENTIFICATION MADE

_____
SIGNATURE OF OFFICER SHOWING PHOTOS

# TENNESSEE BUREAU OF INVESTIGATION

### Forensic Services Crime Laboratory
3021 Lebanon Road
Nashville, TN 37214
(615) 741-4476

## OFFICIAL FIREARMS IDENTIFICATION REPORT

TO: MIHRELA SLOAN
METRO NASHVILLE P.D.
200 JAMES ROBERTSON PKWY
NASHVILLE, TN 37201

LAB NUMBER:      97112538
COUNTY:          DAVIDSON
DATE REPORTED:   06/08/98
AGENCY CASE #:   97463792

SUBJECT(S)
GARDNER, CHARLIE M.

VICTIM(S)
AWAD, SAID
NEAL, OMARI JEVON
WRIGHT, DEMETRIUS LAZUAN

### RECEIPT INFORMATION
RECEIVED FROM:   C. HULLETT
DATE RECEIVED:   10/28/97

**EXHIBIT NUMBER:**        70043454
EXHIBIT DESCRIPTION:   BULLET
DISPOSITION:           HOLD, PLEASE PICK UP PROMPTLY

EXAMINATION                      RESULTS
BULLET EXAMINATION
  CALIBER OF BULLET              38/357
  TYPE OF BULLET                 ROUND NOSE LEAD
  RESULT COMMENTS
    EXHIBIT # 70043454, 70043455, AND 70043456 (A&B) BULLETS WERE
    MICROSCOPICALLY EXAMINED IN CONJUNCTION WITH EACH OTHER. BASED ON
    THESE COMPARATIVE EXAMINATIONS IT WAS DETERMINED THAT:

    A. EXHIBIT # 70043455 AND 70043456 (A&B) BULLETS WERE FIRED THROUGH THE
    SAME BARREL.

    B. EXHIBIT # 70043454 BEARS THE SAME CLASS AND SIMILAR INDIVIDUAL
    CHARACTERISTICS AS EXHIBIT # 70043455 AND 70043456(A&B) BULLETS, AND
    COULD HAVE BEEN FIRED THROUGH THE SAME BARREL AS EXHIBIT # 70043455
    AND 70043456(A&B) BULLETS. HOWEVER, DUE TO THE MUTILATED CONDITION
    OF EXHIBIT # 70043454, A MORE CONCLUSIVE IDENTIFICATION COULD NOT
    BE DETERMINED.

**EXHIBIT NUMBER:**        70043455
EXHIBIT DESCRIPTION:   BULLET
DISPOSITION:           HOLD, PLEASE PICK UP PROMPTLY

LAB NUMBER:    97112538
DATE REPORTED:  06/08/98

| EXAMINATION | RESULTS |
|---|---|
| BULLET EXAMINATION | |
|   CALIBER OF BULLET | 38/357 |
|   RESULT COMMENTS | |
|     SEE RESULTS OF EXHIBIT # 70043454 | |

**EXHIBIT NUMBER:**    **70043456**
EXHIBIT DESCRIPTION:  BULLETS
DISPOSITION:        HOLD, PLEASE PICK UP PROMPTLY

| EXAMINATION | RESULTS |
|---|---|
| BULLET EXAMINATION | |
|   CALIBER OF BULLET | 38/357 |
|   TYPE OF BULLET | ROUND NOSE LEAD |
|   RESULT COMMENTS | |
|     SEE RESULTS OF EXHIBIT # 70043454 | |

RESPECTFULLY SUBMITTED,

*Donald I. Carman*

DONALD I. CARMAN
SPECIAL AGENT / FORENSIC SCIENTIST

## TENNESSEE DEPARTMENT OF HEALTH AND ENVIRONMENT
### METROPOLITAN NASHVILLE DAVIDSON COUNTY
### Office of Medical Examiner
### Forensic Sciences Center
### 84 Hermitage Avenue
### Nashville, Tennessee 37210-2110

**CASE: MEC#97-758**
**County: Davidson**

## FINAL AUTOPSY REPORT

NAME OF DECEDENT: WRIGHT, DEMETRIUS    RACE: B    SEX: M    AGE: 23

HOME ADDRESS: 320 Southern Dr., Clarksville, TN

DATE AND TIME OF DEATH: October 18, 1997 at 1:59 AM

DATE AND TIME OF AUTOPSY: October 18, 1997 at 10:30 AM

     COUNTY MEDICAL EXAMINER:    Bruce P. Levy, M.D.

     FORENSIC PATHOLOGIST:    John E. Gerber, M.D.

       ADDRESS: 84 Hermitage Avenue, Nashville, TN 37210-2110

     DISTRICT ATTORNEY GENERAL:    Honorable Victor S. Johnson

       ADDRESS:    Washington Square, Suite 500, 222 2nd Avenue
              North, Nashville, TN 37201-1649.

---

## PATHOLOGIC DIAGNOSES

1. Penetrating gunshot wound of left upper back

     a) Laceration of left lung
     b) Lacerations of heart
     c) Lacerations of pericardium
     d) Left hemothorax – 2000 cc
     e) Hemopericardium – 75 cc

2. Penetrating gunshot wound of left back

     a) Lacerations of small bowel
     b) Lacerations of mesentery
     c) Laceration of left kidney

**CAUSE OF DEATH**:  Multiple gunshot wounds of back

**MANNER OF DEATH**:  Homicide

**CIRCUMSTANCES OF DEATH**:     This 23 year old black male was involved in an altercation at a nightclub on the early morning of October 18, 1997 at which time he suffered two gunshot wounds to the back. Reportedly, the suspect and the decedent had had an earlier dispute at the same club a week earlier. The decedent was transported to Vanderbilt University Medical Center where he expired a short time after arrival in the Emergency Room.

I hereby certify that I, John E. Gerber, M.D. have performed an autopsy on the body of Demetrius Wright on the eighteenth day of October, 1997 at 10:30 AM in the Forensic Sciences Center of Davidson County. The purpose of this report is to provide a certified opinion to the County Medical Examiner and District Attorney General. The facts and findings to support these conclusions are filed with the Tennessee Department of Health.

## EXTERNAL EXAMINATION

### EXTERIOR OF THE BODY:

Clothing: The body is received with clothes that consists of the following:
1) Black short sleeved shirt with the word security on the back and #34 on the right sleeve. In the mid-back, there are two 3/16 inch holes lined up vertically and separated by 3 3/4 inches.
2) Black quilted vest. On the mid-back, there are two 3/16 inch in diameter holes separated by 4 inches. The holes in the shirt and the vest are consistent with the gunshot wounds on the back of the decedent.
3) Black pants.
4) Four white socks.
5) Two black shoes.

The body is normally developed and appears the given age. Rigor mortis is moderate in the jaws and extremities. Livor mortis is posterior, purple and blanching. The body is cold.

The head is shaved, but the hair is black. There is a mustache and goatee. The palpebral and bulbar conjunctivae are clear. The corneas are clear. The irides are brown. The pupils are unremarkable. The ears, nose, and mouth show no abnormalities but each ear is pierced in the ear lobe. The teeth are natural and in good repair. The neck is of normal configuration, and there are no palpable masses.

The thorax is symmetrical and normal in configuration. The breasts are of normal configuration, and there are no palpable masses. There is no nipple discharge. The abdomen is normal. The back has a normal contour and the anus is without lesions. The rectum reveals no lesions and contains medium brown stool. The external genitalia are of normal conformation, and there are no external lesions. The penis is circumcised and both testes are descended.

The extremities appear normal, and the joints are not deformed. All digits are present. The skin is of normal pliability and texture and appears no significant lesions. There is no icterus.

### IDENTIFYING MARKS AND SCARS:
1. On the left arm is a professional tattoo "AIA".
2. On the right arm is a large figure 8 well healed scar.

### INTERNAL AND EXTERNAL EVIDENCE OF MEDICAL THERAPY:
1. An endotracheal tube.
2. Three electrocardiogram leads on the anterior chest wall are present.

3. Right subclavian intravenous line.
4. Left antecubital intravenous line.

# EXTERNAL EVIDENCE OF INJURY:

The decedent has a total of two gunshot wounds. One is to the left mid-upper back and the other is to the left mid-back and each are penetrating wounds. Two bullets are recovered from the decedent. There is no evidence of close range gunfire on the skin surrounding the entrance wounds.

1. Penetrating gunshot wound of left mid-upper back.

Entrance: In the left mid-back, 16 3/4 inches below the top of the head, 9 1/4 inches below the top of the shoulder, and 1 1/2 inches to the left of midline is a 3/16 inch in diameter oval entrance gunshot wound with circumferential abrasion.

Range: Soot and gunpowder stippling are not seen on the skin around the entrance wound.

Direction: The missile has traveled from back to front, leftward and slightly downward.

Wound path: The bullet has passed through skin, soft tissue, skeletal muscle, posterior left 8th rib with fracture of inferior margin, lacerated the left lobe of the lung, lacerated pericardium, lacerated the posterior and anterior portions of the left ventricle of the heart, lacerated the pericardium, passed between the fourth intercostal space on the left, skeletal muscle.

Missile recovered: A metal bullet with very minimal deformity is recovered from the pleural space. The bullet track is anterior 9 1/2 inches below the top of the shoulder and 3 inches to the left of midline.

**Associated injuries:** There is 2,000 milliliters of liquid and clotted blood in the left pleural space. There are 75 cc of clotted blood in the pericardial sac.

2. Penetrating gunshot wound of left mid-back.

Entrance: In the left mid-back, 22 inches below the top of the head, 14 1/2 inches below the top of the shoulder and 2 1/4 inches to the left of midline, is a 3/16 inch ovoid gunshot wound with a slightly eccentric abrasion in the 9-3 o'clock position.

Range: Soot and gunpowder stippling are not seen on the skin around the entrance wound.

Direction: The missile has traveled from back to front, downward, and slightly leftward.

Wound path: The bullet has passed through skin, soft tissue, skeletal muscle, left of the lumbar vertebrae #1 and 2, lacerated left kidney, small bowel, and mesentery, and skeletal muscle.

Missile recovered: A very minimally deformed metal bullet is recovered from the skeletal muscle of the left abdominal wall 17 1/4 inches below the top of the left shoulder and 3 inches to the left of midline.

**Associated injuries:** Peritoneal hemorrhage and intestinal contents in the peritoneum.

3. There is an abrasion 1/2 inch in greatest diameter on the right external ear. In addition, there is an abrasion on the posterior aspect of the left leg 1 inch in diameter.

*The above injuries, once having been described, will not be referred to below.*

## BODY CAVITIES:

The body is opened by means of the usual "Y" incision. The breasts are without lesions. The panniculus measures 3 cm thick at the level of the umbilicus. The viscera of the thoracic and abdominal cavities are present in their normal sites. The serous surfaces are smooth and glistening. There are no abnormal masses present. The diaphragmatic leaves are normally situated. The margins of the liver and spleen are in proper relationships to their costal margins.

## CARDIOVASCULAR SYSTEM:

The heart weighs 340 grams and is normal in configuration.

The coronary arteries have a normal anatomic distribution. Multiple cross sections show no significant narrowing of lumina and no evidence of thrombosis.

The epicardium is smooth and glistening. There is a normal amount of subepicardial fat and its distribution is normal. The great vessels enter and leave the heart in a normal manner. The cardiac chambers are of normal configuration. The septa are intact and there are no congenital anomalies. The myocardium is normal in consistency and appearance.

The left and right cardiac ventricles measure 1.2 cm and 0.4 cm thick respectively. The heart valves are thin, pliable, delicate and are free of deformity.

The mitral valve measures 9 cm. The other valve dimensions appear within normal limits.

The aorta and its principal branches are patent throughout. There are no thrombi, areas of erosion, or zones of significant narrowing.

The superior and inferior venae cavae and their major tributaries are patent throughout. No significant areas of extrinsic or intrinsic stenosis are present.

## RESPIRATORY SYSTEM:

The right and left lungs weigh 370 and 180 grams respectively. The major bronchi have a normal caliber and are free of obstruction.

The right and left lungs have a normal lobar configuration. The visceral pleura is smooth and glistening. There are no subpleural emphysematous bullae.

The pulmonary arteries are free of thromboemboli. The lungs are not crepitant but are collapsed. The parenchyma is dark red throughout.

## HEPATOBILIARY SYSTEM:

The liver weighs 1480 grams and has a smooth and glistening capsule. The liver configuration is normal. Multiple cross sections reveal a normal lobar pattern. The parenchyma is dark brown.

The gallbladder is normal in size and configuration. The wall is thin and the mucosa is bile-stained. It contains 15 cc of bile. No calculi are present.

## ENDOCRINE SYSTEM:
The pancreas is of firm consistency and normally lobulated. Multiple cross sections reveal normal tan-pink parenchyma without intrinsic lesions.

No abnormalities are present in the pituitary, thyroid or adrenal glands.

## DIGESTIVE SYSTEM:
The tongue is not removed. The esophagus is free of lesions. The stomach has a normal configuration. The serosa is smooth and glistening. The wall is of normal thickness and the mucosa is thrown into tan rugal folds. There are no areas of ulceration. The stomach contains 200 cc of mushy yellow partially digested food particles with no visible pills, tablets, or capsules. The duodenum is bile-stained and free of ulceration or other intrinsic lesions. The remainder of the small bowel, colon and rectum is normal in appearance. There is medium brown stool in the descending colon. The appendix is present at the base of the cecum and is unremarkable.

## KIDNEYS:
The right and left kidneys weigh 130 and 100 grams respectively and are similar. The capsules strip with ease to reveal smooth subcapsular surfaces.

The renal arteries and veins are patent and free of stenosing lesions. On section the renal cortices are of normal thickness, and the corticomedullary demarcations are distinct. The medullae are unremarkable. The pelvicalyceal systems are normal in appearance. The ureters are unremarkable.

The urinary bladder is of normal configuration. The mucosa is intact and free of ulcerations or other lesions. It contains approximately 5 cc of amber urine.

Multiple cross sections through the prostate reveal rubbery firm gray-white parenchyma free of lesions. The seminal vesicles are unremarkable. The testes are both present within the scrotal sac. Serial sections show a normal golden parenchyma.

## HEMATOPOIETIC SYSTEM:
The spleen weighs 100 grams and has a normal configuration. The capsule is blue-gray ad smooth without areas of thickening. On section the splenic pulp is of normal consistency and appearance.

No abnormal lymph nodes are encountered except for anthracotic ones in the pulmonary hilar region bilaterally.

The bone marrow is dark red and trabeculated without lesions.

## MUSCULOSKELETAL SYSTEM:
The axial and appendicular skeleton shows no abnormalities. The exposed musculature is unremarkable.

## NECK:
The neck organs are examined in situ and after being excised en bloc. The larynx and trachea have a normal caliber and are free of obstruction. The mucosa of the larynx and trachea is soft and pink-gray. The hyoid bone and thyroid cartilage are intact and without lesions. The paravertebral musculature is unremarkable. The cervical spine is unremarkable.

## HEAD AND CENTRAL NERVOUS SYSTEM:
The head is opened by means of the usual biparietal incision. The scalp shows no evidence of contusions or subgaleal hemorrhage. The skull is intact. The dura is smooth and glistening. It is not tense. It shows no lesions, and the sagittal and transverse sinuses are patent. After removal of the brain and stripping of the dura mater, the base of the skull does not demonstrate any fractures. The convexities of the cerebral hemispheres are symmetrical. The leptomeninges are thin and transparent. The subarachnoid space does not contain any hemorrhage.

The brain weighs 1,140 grams. The cerebrum presents normal convolutions with mild flattening of the gyri and no deepening or widening of the sulci. There is no evidence of subfalcial, uncal or cerebellar tonsillar herniation. The major cerebral arteries show no significant atherosclerosis and appear to be patent throughout. The roots of the cranial nerves are unremarkable. Serial coronal sections through the cerebral hemispheres show a grossly normal cortical ribbon and underlying white matter. The corpus callosum, internal capsule, thalamus, basal ganglia and mamillary bodies are without lesions. Serial cross sections through the brain stem and coronal sections through the cerebellum fail to show any gross lesions or abnormalities. The ventricular system is symmetrical and normal in size and configuration.

Signature _John E. Gerber, M.D._    Date _November 3, 1997_

John E. Gerber, M.D.
Associate Medical Examiner

/clc
T: 10-20-97

## OFFICE OF THE MEDICAL EXAMINER
### FORENSIC MEDICAL

## REPORT OF MICROSCOPICAL EXAMINATION

**Name of Deceased**: Demetrius Wright          **MEC97-758**

**Date of Report**:          October 28, 1997

**Cardiovascular System:**          A section from the sinoatrial node reveals no significant pathology and no large central artery.

A section from the membranous septum in the region of the atrial ventricular node and bundle of His conducting system reveals a bundle of His branch with no significant pathology.

**Hepatobiliary System:**          A section of liver reveals the architecture to be intact.

**Endocrine System:**          A section of the pancreas reveals exocrine and endocrine elements without significant pathology.

**Central Nervous System:**          A section of the cerebellum reveals no significant pathology.

JOHN E. GERBER, M.D.

*John E. Gerber, MD.*
Signature

/clc



ANALYTICAL LABORATORIES, INC.
345 HILL AVENUE, NASHVILLE, TN 37210
Telephone: (615) 255-2400 ■ Facsimilie: (615) 255-3030

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories

DATE COLLECTED: 10/18/1997
DATE RECEIVED: 10/20/1997 08:30
DATE REPORTED: 10/21/1997 11:29

CLIENT # : 97-758/163730
AEGIS # : 275764
INSTITUTION : DR. BRUCE LEVY    OCT 23 1997
2728          FORENSIC MEDICAL
              84 HERMITAGE AVE

              NASHVILLE, TN 37210

## (40250) ETHANOL/VOLATILES PROFILE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SPECIMEN SUBMITTED WAS ANALYZED FOR ETHYL ALCOHOL, METHYL ALCOHOL,
ISOPROPYL ALCOHOL AND ACETONE USING GAS CHROMATOGRAPHY TECHNIQUES.    A
POSITIVE REPORT IS ISSUED AFTER COMPARISON TO KNOWN STANDARD REFERENCE
MATERIAL AND MATCHING RETENTION TIME DATA.    POSITIVE SPECIMENS WILL BE
RETAINED FROZEN FOR 366 DAYS FOLLOWING THE DATE OF THIS REPORT.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PROFILE RESULTS

REASON FOR TEST: OTHER

SPECIMEN: WHOLE BLOOD
VOLUME/WT: 15+MLS

TEST RESULTS: NONE DETECTED

### END OF REPORT

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories



DATE COLLECTED: 10/18/1997
DATE RECEIVED : 10/20/1997 08:30
DATE REPORTED : 10/21/1997 16:52

CLIENT #      : 97-758/163730
AEGIS #       : 275764
INSTITUTION   : DR. BRUCE LEVY
2728            FORENSIC MEDICAL   2 3 1997
                84 HERMITAGE AVE

                NASHVILLE, TN 37210

ANALYTICAL LABORATORIES, INC
345 HILL AVENUE, NASHVILLE, TN 37210
Telephone: (615) 255-2400 ■ Facsimilie: (615) 255-3030

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories

## (40569) FORENSIC DRUG PROFILE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SPECIMEN SUBMITTED WAS ANALYZED BY FORENSIC ANALYTICAL TECHNIQUES FOR THE
FOLLOWING DRUG CLASSES:

### DRUG

| | |
|---|---|
| ACETAMINOPHEN | OPIATES AND SYNTHETIC NARCOTICS |
| AMPHETAMINES | PHENCYCLIDINE (PCP) |
| BARBITURATES/SEDATIVE HYPNOTICS | PHENOTHIAZINES |
| BENZODIAZEPINES | SALICYLATE |
| CANNABINOIDS (URINE ONLY) | TRICYCLICS |
| COCAINE | |

POSITIVE DRUG RESULTS ARE REPORTED ONLY AFTER CONFIRMATION BY GAS
CHROMATOGRAPHY/MASS SPECTROMETRY (GC/MS) OR A FORENSICALLY ACCEPTABLE
ALTERNATIVE METHOD OF ANALYSIS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PROFILE RESULTS

REASON FOR TEST:  OTHER

SPECIMEN:   SERUM
VOLUME/WT:  15+MLS

TEST RESULTS:  NO DRUGS DETECTED

END OF REPORT

David L. Black, Ph.D., DABFT, DABCC
Director of Laboratories

# State of Tennessee
# DEPARTMENT OF CORRECTION
# Investigation Report



FILED
JUL - 5 2000
Clerk of the Courts
Rec'd By

DAVID C. TORRENCE CLERK
1999 JUL 9 PM 4:04
Office Centre
FILED

| | |
|---|---|
| Defendant: **Charlie M. Gardner** | Judge: **Hon. Cheryl Blackburn** |
| Hearing Date: **7/16/99** | Court/Division: **Criminal Division III** |
| Defense Attorney: **Ed Folkes** | District Attorney: **Roger Moore** |
| Investigating Officer: **Jennifer Moore** | Type of Report: **Presentence** |
| Date Submitted: **7/9/99** | Docket #: **97-D-2814** |

CR-3496 (07/92)

RDA - N/A

Case 3:14-cv-01440   Document 16-6   Filed 01/20/15   Page 25 of 37 PageID #: 740

## DEFENDANT INFORMATION

NAME: CHARLIE M. GARDNER, JR.

AKA:
GARDNER
GARDNER
GARDNER

CHARLIE          MARICO
CHARLES
CHARLIE          M.

ADDRESS: DAVIDSON COUNTY CJ2
GALE RAY , SHERIFF
448 SECOND AVENUE, N.
NASHVILLE          TN   37201

PRESENT LOCATION: DAVIDSON COUNTY CJ2

AMOUNT OF BOND:          N/A

DOB: 10/15/1975          AGE:  23          SEX:  M

HEIGHT:  6' 2"          WEIGHT:  220          RACE:  BLACK

EYES:  BROWN          HAIR:  BLACK

MARITAL STATUS:  SINGLE          PHONE:  (615)876-9301

SSN:  411371562          SID:  UNKNOWN

FBI:  187339VA1          TDOC:  00295580

## COURT INFORMATION

JUDGE:  BLACKBURN          CHERYL

COURT:  DAVIDSON COUNTY CRIMINAL COURT          DIVISION:  3RD DIVISION

PROSECUTOR:  JOHNSON, III          VICTOR S.(TORRY)

DEFENSE:  ED FOWLKES
TYPE:  RETAINED

DATE PSI ORDERED:  05/21/1999          SENTENCING HEARING:  07/16/1999

CASE:  019 1999 97-D-2814          001          019 1999 97-D-2814          002
019 1999 97-D-2814          003

Case 3:14-cv-01440   Document 16-6   Filed 01/20/15   Page 26 of 37 PageID #: 741

OFFICIAL VERSION:

ON 10/18/97, AT APPROXIMATELY 1:25 AM, THE DEFENDANT ENTERED CLUB
YESTERDAY'S ON CLARKSVILLE HIGHWAY AND SHOT DEMETRIUS LAQUAN WRIGHT
IN THE BACK.   THE VICTIM WAS PRONOUNCED DEAD AT VANDERBILT HOSPITAL
SHORTLY AFTERWARD.   SAID AWAD AND OMARI NEAL ALSO SUFFERED GUNSHOT
WOUNDS, BUT WERE TREATED AND RELEASED.

WITNESSES IDENTIFIED CHARLIE GARDNER AS THE PERSON WHO SHOT THE
VICTIMS, AND ON 12/18/97, HE WAS INDICTED AS FOLLOWS:
COUNT ONE,   FIRST DEGREE MURDER
COUNT TWO,   AGGRAVATED ASSAULT
COUNT THREE,   AGGRAVATED ASSAULT

A JURY TRIAL WAS HELD, AND ON 5/20/99, THE JURY FOUND THE DEFENDANT
GUILTY AS FOLLOWS:
COUNT ONE, FIRST DEGREE MURDER
COUNT TWO, RECKLESS AGGRAVATED ASSAULT
COUNT THREE, RECKLESS AGGRAVATED ASSAULT

THE DEFENDANT WAS SENTENCED TO LIFE WITHOUT THE POSSIBILITY OF PAROLE
IN COUNT ONE, AND A SENTENCING HEARING WAS SET FOR 7/16/99 FOR THE
COURT TO SENTENCE HIM IN COUNTS TWO AND THREE.

DEFENDANT'S VERSION:

THE DEFENDANT CHOSE NOT TO PROVIDE A STATEMENT FOR THIS REPORT.

CODEFENDANTS STATUS:

THERE ARE NO CODEFENDANTS IN THIS CASE.

AGENCY STATEMENT:

THE FOLLOWING SUMMARY IS A COMPILATION OF FACTS AS TAKEN FROM THE
DISTRICT ATTORNEY'S RESUME OF FACTS AND METRO POLICE RECORDS COMPLAINT
NUMBER 97-463792:

THE DECEASED VICTIM, DEMETRIUS LAQUAN WRIGHT, WAS A SECURITY GUARD AT
CLUB YESTERDAY'S ON CLARKSVILLE HIGHWAY.   THE OTHER TWO VICTIMS, SAID
AWAD AND OMARI NEAL WERE PATRONS AT THAT SAME CLUB.   ALL THREE WERE
INSIDE THE CLUB ON 10/18/97 AROUND 1:25 AM WHEN THE DEFENDANT CAME
INTO THE CLUB AND SHOT MR. WRIGHT IN THE BACK.   THE OTHER TWO VICTIMS
WERE EACH STRUCK IN THE LEG.

MR. WRIGHT WAS TRANSPORTED TO VANDERBILT HOSPITAL, WHERE HE WAS
PRONOUNCED DEAD A FEW MINUTES LATER. MR. AWAD WAS TREATED AND
RELEASED AT BAPTIST HOSPITAL. MR. NEAL WAS TREATED AND RELEASED AT
MIDDLE TENNESSEE MEDICAL CENTER IN MURFREESBORO.

BASED ON WITNESS STATEMENTS, POLICE DEVELOPED CHARLIE GARDNER AS A
SUSPECT IN THE SHOOTING. THE DEFENDANT HAD AN ALTERCATION WITH MR.
WRIGHT A FEW WEEKS BEFORE THIS INCIDENT, AND MR. GARDNER HAD MADE
THREATS AGAINST MR. WRIGHT. SEVERAL PEOPLE SAW THE DEFENDANT ENTER
THE CLUB SHORTLY BEFORE THE SHOOTING, AND SAW HIM LEAVE RIGHT AFTER
THE SHOOTING.

RESTITUTION:

RESTITUTION NOT APPLICABLE IN THIS CASE OR NOT YET DETERMINED, SEE COMMENTS

MITIGATING FACTORS:

THE DEFENSE HAS SUBMITTED NO MITIGATING FACTORS FOR THE COURT TO
CONSIDER IN SENTENCING.

ENHANCING FACTORS:

THE STATE HAS SUBMITTED A STATEMENT OF ENHANCEMENT FACTORS AS WELL AS
A MOTION FOR CONSECUTIVE SENTENCING.

PRIOR RECORD:

DATE OF EVENT/ARREST: 06/10/1995          AGE:   19
ARREST OFFENSE: CRIMINAL TREPASSING
CONVICTED OF: CRIMINAL TREPASSING
DATE OF CONVICTION: 08/19/1998
SENTENCE: 30 DAYS @ 75%
COURT: DAVIDSON COUNTY CRIMINAL COURT       DOCKET #: 95-D-2560

DATE OF EVENT/ARREST: 06/10/1995          AGE:   19
ARREST OFFENSE: SCHEDULE II DRUGS: FAC. COCAINE
CONVICTED OF: SCHEDULE II DRUGS: FAC. COCAINE
DATE OF CONVICTION: 08/19/1998
SENTENCE: 5 YEARS @ 30%
COURT: DAVIDSON COUNTY CRIMINAL COURT       DOCKET #: 95-D-2560

DATE OF EVENT/ARREST: 05/05/1995          AGE:  19
ARREST OFFENSE:  MARIJUANA SELL-SCH.6
CONVICTED OF:  MARIJUANA SELL-SCH.6
DATE OF CONVICTION:  05/18/1995
SENTENCE:  $250 F + C; 11/29 (SERVE 2 DAYS); 11/29 PROB.
          DRUG SCREENS; TREATMENT
COURT:  GEN. SESS. DAVIDSON CO.              DOCKET #:  N343991


DATE OF EVENT/ARREST: 01/14/1995          AGE:  19
ARREST OFFENSE:  CERTAIN UNLAW POSSESSION OF WEAPON
CONVICTED OF:  CERTAIN UNLAW POSSESSION OF WEAPON
DATE OF CONVICTION:  03/07/1995
SENTENCE:  $50 FINE PLUS COSTS, 30 DAYS (SERVE 48 HRS),
          FORFEIT WEAPON
COURT:  GEN. SESS. DAVIDSON CO.              DOCKET #:  GC167823


DATE OF EVENT/ARREST: 09/28/1994          AGE:  18
ARREST OFFENSE:  CRIMINAL TRESPASS
CONVICTED OF:  CRIMINAL TRESPASS
DATE OF CONVICTION:  10/17/1994
SENTENCE:  $50 FINE PLUS COSTS, 30 DAYS
COURT:  GEN. SESS. DAVIDSON CO.              DOCKET #:  GC158631


DATE OF EVENT/ARREST: 02/02/1994          AGE:  18
ARREST OFFENSE:  COCAINE-SELL-SCH.2
CONVICTED OF:  COCAINE-SELL-SCH.2
DATE OF CONVICTION:  03/14/1994
SENTENCE:  $250 F + C; 40-35-313 11/29 PROB.; PROB. REV.
          TIME SERVED
COURT:  GEN. SESS. DAVIDSON CO.              DOCKET #:  N294416


COMMENTS:

IN ADDITION TO THE ARREST INFORMATION LISTED ABOVE, THE FOLLOWING
ARRESTS WERE FOUND IN DAVIDSON COUNTY WHICH DID NOT RESULT IN
CONVICTIONS:

| ARREST DATE | WARRANT NO. | COURT | OFFENSE/DISPOSITION |
|---|---|---|---|
| 12/1/93 | N284593 | G.S. | CONTRIBUTING TO THE DELINQUENCY OF A MINOR - DISMISSED 3/7/94 |
| 2/2/94 | N294417 | G.S. | REC/POSS GAMBLING DEVICE - |

E M. GARDNER, JR.

|  |  |  |  |
|---|---|---|---|
| 3/94 | N294413 | G.S. | DISMISSED 3/14/95 CRIMINAL TRESPASS - RETIRED 3/14/94 |
| 5/5/95 | N343990 | G.S. | POSSESSION MARIJUANA - RETIRED 5/18/95 |
| 5/28/95 | N350047 | G.S. | ATTEMPTED HOMICIDE - NOLED 2/13/96 |

THE DEFENDANT HAS PENDING CHARGES IN DOCKET NUMBERS 97-B-783 AND 97-C-1436.

EDUCATION:

    SCHOOL ATTENDED:  HUNTER'S LANE HIGH SCHOOL
    CITY:  NASHVILLE                      STATE:  TN
    LAST YEAR ATTENDED:  05/31/1993       HIGHEST GRADE:  NINTH GRADE
    DEFENDANT'S STATED REASON FOR LEAVING:  DISCIPLINARY
    VERIFIED REASON FOR LEAVING:
    CERTIFICATE/DIPLOMA:
    EDUCATION VERIFICATION:  VERIFIED CORRECT
    COMMENTS:

HEALTH INFORMATION:

    COMMENTS:

    THE DEFENDANT DESCRIBES BOTH HIS PRESENT PHYSICAL AND MENTAL HEALTH AS
    "EXCELLENT".  HE REPORTS NO HEALTH PROBLEMS, AND IS NOT CURRENTLY
    TAKING ANY MEDICATIONS.

    THE DEFENDANT FIRST USED ALCOHOL AT THE AGE OF 20 OR 21.  HE DESCRIBES
    HIS USE OF ALCOHOL AS "JUST EVERY ONCE IN A WHILE".  MR. GARDNER
    ADMITS TO THE PAST USE OF MARIJUANA, BUT DENIES THE USE OF ANY OTHER
    DRUGS.  HIS FIRST USE OF MARIJUANA WAS AT THE AGE OF 20.  HIS LAST
    REPORTED USE OF MARIJUANA WAS IN LATE 1997.

FAMILY INFORMATION:

    NAME:  ALEXANDER              SEVENIA
    RELATIONSHIP:  MOTHER           AGE:         50
    CITY:  NASHVILLE                STATE:  TN

M. GARDNER, JR.

NAME: BRADFORD            TIMOTHY LAMONT
RELATIONSHIP: HALF BROTHER      AGE:        35
CITY: NASHVILLE                STATE: TN

NAME: COLEMAN             QUANTERA
RELATIONSHIP: DAUGHTER         AGE:        5
CITY: NASHVILLE                STATE: TN

NAME: GARDNER             CHARLIE SR.
RELATIONSHIP: FATHER           AGE:        58
CITY: NASHVILLE                STATE: TN

NAME: GARDNER             NADIA
RELATIONSHIP: SISTER           AGE:        35
CITY: NASHVILLE                STATE: TN

NAME: O'NEAL              DEDE
RELATIONSHIP: SISTER           AGE:
CITY: LOS ANGELES             STATE: CA

NAME: RUCKER             FRANKIE
RELATIONSHIP: GRANDMOTHER     AGE:        68
CITY: NASHVILLE                STATE: TN

EMPLOYMENT INFORMATION:

COMMENTS:

    THE DEFENDANT REPORTS THAT HE HAS NOT HELD GAINFUL EMPLOYMENT ON A
    REGULAR BASIS. HE DESCRIBED HIS EMPLOYMENT HISTORY AS DOING ODD JOBS
    FOR HIS FATHER. HIS SUPPORT HAS COME FROM HIS FAMILY.

NOT REPORT EVER SERVING IN ANY BRANCH OF THE ARMED

...ION:

...FENDANT DOES NOT REPORT ANY FINANCIAL DEBTS OR ASSETS.

...OF INFORMATION:

DAVIDSON COUNTY DISTRICT ATTORNEY FILES
DAVIDSON COUNTY CRIMINAL COURT CLERK FILES
METRO POLICE RECORDS
PERSONAL QUESTIONNAIRE AND STATEMENT
METRO BOARD OF EDUCATION CENTRAL RECORDS
DAVIDSON COUNTY JUVENILE COURT CLERK
TOMIS RECORDS

UNLESS OTHERWISE NOTED, THE INFORMATION CONTAINED HEREIN HAS BEEN
VERIFIED AND IS ACCURATE TO THE BEST OF THIS OFFICER'S KNOWLEDGE.

_Jennifer Moore_                          _7/9/99_
PREPARED BY:                              DATE:


SUPERVISOR:                               DATE:

# CRIMINAL APPEARANCE RECOGNIZANCE

381

ATE vs. Charlie Gardner , HEREIN AFTER CALLED DEFENDANT.

THIS CASE HAVING BEEN CONTINUED, THEREUPON THE DEFENDANT, NAMED ABOVE, WITH above

SECURITY, ACKNOWLEDGE THEMSELVES TO OWE AND BE INDEBTED TO THE STATE OF TENNESSEE IN THE PENAL SUM OF $3,500

eighty five hundred DOLLARS, JOINTLY AND SEVERALLY, TO BE

ED OF THEIR GOODS AND CHATTELS, LANDS AND TENEMENTS; TO BE VOID, HOWEVER, ON CONDITION THAT THE DEFENDANT DOTH MAKE HIS

SONAL APPERANCE BEFORE THE COURT OF DAVIDSON COUNTY, HAVING JURISDICTION OF HIS CAUSE, FROM DAY TO DAY, THEN AND THERE

ANSWER TO THE STATE OF TENNESSEE ON A CHARGE OF Agg Dulciw

NOT TO DEPART WITHOUT LEAVE OF COURT FIRST HAD AND OBTAINED.

DDRESS 752 Revolt Dr                    X Charli Gardner , PRINCIPAL
                        37207            able Bondu Co , SECURITY
ARRANT No. 347771 C/97     2500                              , SECURITY
ARRANT No. 347772 poss/sresale 6,000     Cen S. well       , SECURITY
EX M RACE B D.O.B. 10-15-2 M.S. S                           , SECURITY
XT OF KIN Seuinia Gandner
TLN SSN 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   ACKNOWLEDGED AND SUBSCRIBED TO BEFORE ME THIS 10

HONE 826-9301                            DAY OF June , 19 95
                                         JOE E. TORRENCE, CLERK

COURT DATE 6-29-95 C 9 AM              Dillard , D.C.
                Rm 302
                        OATH

I, THE UNDERSIGNED, DO SOLEMNLY SWEAR THAT I PERSONALLY APPEARED BEFORE THE CLERK OF THE CRIMINAL COURT OF DAVIDSON

COUNTY, STATE OF TENNESSEE, AND MAKE OATH THAT I OWN THE FOLLOWING REAL ESTATE, THAT THE SAME IS IN MY OWN NAME, AND FREE

FROM ALL ENCUMBRANCES, AND SUBJECT TO EXECUTION - TO WIT:

WITNESS

SWORN TO AND SUBSCRIBED BEFORE ME, THIS _____ DAY OF _____, 19____.

Case 3:14-cv-01440   Document 16-6   Filed 01/20/15   Page 33 of 37 PageID #: 748

# IN THE CRIMINAL/CIRCUIT COURT OF _DAVIDSON_ COUNTY, TENNESSEE

Case Number: _95-D-2580_    Count#: _1_

Judicial District _20/R_    Judicial Division _3_

Attorney for the State _Roye V. Moore_

Counsel for Defendant _Ed Fowlkes_

☑ Retained    [ ] Appointed    [ ] Public Defender

State of Tennessee
vs.
Defendant _Charlie M. Gardner_

Date of Birth _10 , 15 , 75_   Sex _M_   Race _B_

From Indictment # _____ Warrant # _____

Alias _____

SSN _411 . 31 . 7562_

TDOC # _____   Document Control # _JUL# - 5 2000_

**FILED**

## JUDGMENT

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.

**Clerk of the Courts**

Filed By _____

On the _19th_ day of _August_ , 19 _98_ , the defendant:

[ ] pled guilty    [ ] Dismissed/Nolle Prosequi

[ ] nolo contendere    [ ] Remand/Transfer to other Court

     [ ] Retired/UnapprehendedDefendant

Is Found:

☑ guilty    [ ] not guilty

☑ jury verdict    [ ] not guilty by reason of

[ ] bench trial    insanity

Indictment: Class (circle one): 1st A (B) C D E

☑ Felony    [ ] Misdemeanor    Filing Date _11 , 9 , 95_

Offense _Possession of over 26 grams of Cocaine for Sale or Delivery_

Amended Charge _____

Offense date _6 , 9 , 95_   County _Davidson_

Conviction offense _Facilitation of Possession of over 26 grams Cocaine w/intent_

TCA#: _39-11-403_   Sentence-imposed date _1 , 8 , 99 to sell_

Conviction class (circle one): 1st A (B) D E    ☑ Felony   [ ] Misdemeanor

After considering the evidence, the entire record, and all factors in T.C.A. Title 40, Chapter 35, all of which are incorporated by reference herein, the Court's findings and rulings are:

☑ Sentence Reform Act of 1989

[ ] Mitigated 20%    [ ] Mitigated 30%

☑ Standard 30% Range 1    [ ] Multiple 35% Range 2

[ ] Persistent 45% Range 3    [ ] Career 60%

[ ] Violent 100%    [ ] Multiple Rapist

[ ] 1st Degree Murder    [ ] Child Rapist

[ ] Repeat Violent Offender    [ ] School Zone

[ ] Pre 1982 Sentence: _____

[ ] 1st Degree Murder

[ ] Sentence Reform Act of 1982

[ ] 30% Range 1

[ ] 35% Range 2

[ ] 40% Range 2

[ ] 1st Degree Murder

Concurrent with: _____

Consecutive to: _____

| Sentenced to: | Sentence Length: |
|---|---|
| [ ] TDOC | _____ Years _____ Months _____ Days _____ Life _____ Life Without Parole _____ Death |
| [ ] County Jail ☑ Workhouse | Mandatory Minimum Sentence (applicable to T.C.A. 39-17-417 in school zone) _____ |
| | _3_ Years _____ Months _____ Days _____ Hours _____ Week-ends _____ Periodic: ( _____ ) |
| | Mandatory Minimum Sentence (applicable to T.C.A. 39-17-417, 39-13-513 and 39-13-514 in school zone) _____ |
| | Period of Incarceration to be Served Prior to Release on Probation ___ Months ___ Days ___ Hours (Misdemeanor Only) |
| | _____ % Minimum Service Prior to Eligibility for Work Release, Furlough, Trusty Status and Rehabilitative |
| | Programs (Misdemeanor Only) |
| [ ] Probation [ ] Diversion | _____ Years _____ Months _____ Days   Effective: _____ |
| [ ] Community Based Alternative | _____ Years _____ Months _____ Days _____ Hours _____ Week-ends |
| Specify: _____ | |

Pretrial Jail Credit Period: from _6/10/95_ to _6/10/95_ from _5/23/96_ to _5/28/96_ or Number of Days: _____

| Court Ordered Fees and Fines: | Restitution |
|---|---|
| $ _____ Criminal Injuries Compensation Fund | Victim Name _____ |
| $ _____ Supervision | Address _____ |

## CASE NO. 95-D-2560A

GARDNER
HOWSE

THE ATTORNEY GENERAL WHO PROSECUTES FOR THE STATE AND THE DEFENDANTS IN PERSON, BEING REPRESENTED BY COUNSEL, ALSO THE JURY HERETOFORE IMPANELED IN THIS CAUSE WHO WERE YESTERDAY RESPITED FROM THE FURTHER CONSIDERATION OF THE CAUSE ON TRIAL UNTIL THE MEETING OF COURT TODAY CAME HERE INTO OPEN COURT AND RENEWED THEIR CONSIDERATION OF THE CAUSE ON TRIAL, AND THE AFORESAID JURORS HAVING TAKEN TIME TO CONSIDER OF THEIR VERDICT AFORESAID, UPON THEIR OATH AFORESAID, DO SAY: THAT THEY FIND THE DEFENDANT GARDNER GUILTY OF COUNT ONE FACILITATION TO SELL OVER .5 GRAMS COCAINE AND GUILTY OF COUNT TWO CRIMINAL TRESPASSING AND THAT THEY FIND THE DEFENDANT HOWSE GUILTY OF COUNT ONE FACILITATION TO SELL OVER .5 GRAMS COCAINE AND GUILTY OF COUNT TWO CRIMINAL TRESPASSING.

THEREUPON, THE JURY WAS DISCHARGED.

FURTHER, THIS CAUSE IS CONTINUED FOR SENTENCE HEARING UNTIL OCTOBER 7, 1998 AT 1:00 P.M.

ED FOWLKES , ATTORNEY FOR DEFENDANT GARDNER

JOHN RODGERS, JR. , ATTORNEY FOR DEFENDANT HOWSE

ROGER MOORE , ASSISTANT DISTRICT ATTORNEY



METROPOLITAN POLICE DEPARTMENT
PHOTOGRAPH IDENTIFICATION FORM

DATE: 10/18/97
TIME: 0600
LOCATION: 850 Richards Rd C7
COMPLAINT NUMBER: 97-463792

OFFICER ASSIGNED: M. SLOAN
LOCATION OF OFFENSE: Clarksville Hwy
NAME/LAST, FIRST, MI: Coleman, Bryan
ADDRESS: 850 Richards RD C7
PHONE NUMBER: BUS: 749-3414    RES: 837-1079
Nations Bank

PICTURE                                          PHOTO
NO.              NAME              I.D. NUMBER    DATE

| NO. | NAME | I.D. NUMBER | PHOTO DATE |
|---|---|---|---|
| 1 | LEGGS, JOHN THOMAS III | 160850 | 9/10/97 |
| 2 | DOUGLAS, TIMOTHY LAMONT | 196596 | 10/1/97 |
| 3 | WALLER, MARQUISE EUMAINE | 139686 | 9/11/97 |
| 4 | GARDNER, CHARLIE MARCIO | 157257 | 11/20/96 |
| 5 | DODSON, LORENZO DIONEL | 125733 | 8/16/97 |
| 6 | LEWIS, JINLS DEANDRE | 177863 | 9/8/97 |

FILL OUT ABOVE BEFORE SHOWING PHOTOGRAPHS

FROM VIEWING PHOTOGRAPHS, BRYAN COLEMAN    MADE AN
IDENTIFICATION OF THE FOLLOWING PERSON:
PICTURE
NO. 4
                                    NAME
                        Gardner, Challie M

COMMENTS ACCOMPANYING IDENTIFICATION: Mr. Coleman stated
that he was sure it was the subject victim
was having problems with.

SIGNATURE OF PERSON MAKING            SIGNATURE OF OFFICER WITNESSING
IDENTIFICATION                        IDENTIFICATION

4 :NO/IDENTIFICATION MADE

SIGNATURE OF OFFICER SHOWING PHOTOS

Case 3:14-cv-01440   Document 16-6   Filed 01/20/15   Page 36 of 37 PageID #: 751

| Nashville | Knoxville | Chattanooga | Jackson |
|---|---|---|---|
| 3021 Lebanon Road | State Office Bldg. | 540 McCallie Ave. | 225 M.L. King Blvd. |
| Nashville, TN 37214 | 617 W. Cumberland Ave. | P.O. Box 6309 | P.O. Box 421 |
| 615-741-4476 | Knoxville, TN 37902 | Chattanooga, TN 37401-6309 | Jackson, TN 38302-0421 |
| | 423-594-6209 | 423-634-3060 | 901-423-6591 |

## REQUEST FOR EXAMINATION

FROM: DETECTIVE MIKAELA SLOAN
Requesting Officer (case assigned)

METRO NASHVILLE POLICE DEPARTMENT
Requesting Agency

200 JAMES ROBERTSON PARKWAY
Address

NASHVILLE    37201
City    Zip

615-862-7546
Phone No.

ORI No: TNO190100

Agency Case No: 97-463792

County: DAVIDSON

Type of Offense: CRIMINAL HOMICIDE/AGG. ASSAULT

Date of Offense: 10-18-97

| SUBJECT | Sex | Race | Date of Birth | VICTIM | Sex | Race | Date of Birth |
|---|---|---|---|---|---|---|---|
| GARDNER, CHARLIE M. | M | B | 10-15-75 | WRIGHT, DEMETRIUS LAQUAN | M | B | 09-29-74 |
| | | | | AWAD, SA.D | M | B | 06-25-65 |
| | | | | NEAL, OMARI JEVON | M | B | 12-28-74 |

Statement of Facts:
(May be continued on back) MULTIPLE SHOTS FIRED INSIDE CROWDED NIGHT CLUB. THREE

PERSONS SHOT, ONE FATALLY. WE NEED TO ATTEMPT TO DETERMINE IF ONLY

ONE GUN WAS FIRED.

| LAB ONLY | Description of Evidence (May be continued on back) | Where Recovered |
|---|---|---|
| | 1 PROJECTILE IN PLASTIC CUP - MARKED "REMOVED FROM (L) MEDIAL KNEE (OMARI NEAL)" | MIDDLE TENNESSEE MEDICAL CENTER |
| | 1 PROJECTILE IN PLASTIC BAG LABELED - EVIDENCE - WITH BARCODE ON PROPERTY RECEIPT # F0010969 | MNPD PROPERTY ROOM |
| | 2 PROJECTILES - INDIVIDUALLY SEALED IN PLASTIC FILM CONTAINERS WITH YELLOW SEALS. | DAVIDSON COUNTY MEDICAL EXAMINER |

Examination Requested: DETERMINE CALIBER OF EACH PROJECTILE. ATTEMPT TO

DETERMINE IF EACH PROJECTILE WAS FIRED FROM THE SAME

FIREARM

Has other evidence been submitted
to the Laboratory on this case? No

_____, Laboratory No. _____

I certify the evidence being submitted is associated with a criminal or medical legal investigation.

Signature: Cal E. Hellett

Submitted by: CALVIN E. HULLETT
(Type or Print)

| For Laboratory Use Only | | |
|---|---|---|
| ALC | | |
| DI | | |
| FAID | ✓ | |
| LP | | |
| MICRO | | |
| SERO | | |
| TOX | | |
| PHOTO | | |

2 Sp/bs
1 Sp Container

Received by: _____

Received From: _____

Date Received: 10/28/97   10:15AM

Disposition: _____

Lab No. 971-12,538

TBI LAB
BI-0001
(Rev. 10-94)

Case 3:14-cv-01440   Document 16-6   Filed 01/20/15   Page 37 of 37 PageID #: 752